IN THE UNITED STATES A DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:04-cv-2053-EWN-MJW

MICHAEL MURPHY,

    Plaintiff,

v.

TXI OPERATIONS, LP,

    Defendant.

---

ORDER GRANTING TXI OPERATIONS, LP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL EXPERT DISCLOSURES

---

Having reviewed Defendant's Unopposed Motion For Extension of Time to File Rebuttal Expert Disclosures, the Court

ORDERS that the Motion be, and hereby is, GRANTED. Rebuttal Expert Disclosures shall be due on July 7, 2005.

DATED: July 11, 2005.

BY THE COURT:

_____
United States District Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE